# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137905 & (77)

NANCY MILLER, as Personal Representative
of the Estate of WILLIAM MILLER, Deceased,
             Plaintiff-Appellant,

v                                                          SC: 137905
                                                           COA: 277952
                                                           Oakland CC: 2006-072158-NH

GHAUS MALIK, M.D., SUSAN E. OSHNOCK,
P.A.-C, HENRY FORD HEALTH SYSTEM,
d/b/a NEUROSURGERY ASSOCIATES-
OAKLAND, ASHOK PRASAD, M.D., and
WILLIAM BEAUMONT HOSPITAL,
             Defendants-Appellees.
_____/

    On order of the Court, the motion for leave to file brief amicus curiae is
GRANTED. The application for leave to appeal the September 18, 2008 judgment of the
Court of Appeals is considered and, it appearing to this Court that the case of *Bush v
Shabahang* (Docket Nos. 136617, 136653, and 136983) is pending on appeal before this
Court and that the decision in that case may resolve an issue raised in the present
application for leave to appeal, we ORDER that the application be held in ABEYANCE
pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

d0420